Arraign. 8/17/08 - KWH

# APPEARANCE BOND FOR A MATERIAL WITNESS

AUSA Approval: [signature]

| United States District Court | Southern District of California |
|---|---|
| United States of America<br>v.<br><br>**Benjamin Zachariah RINGE** | Crim. Case No.<br><br>Magis. Case No. 08mj2452 (POR) |

FILED
AUG 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

We, JOSE MARGARITO GANDELARIO (name of surety) and **Judith N. Ocana-Geronimo** (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ **5,000.00** and there has been deposited in the Registry of the Court the sum of $ ~~500.00~~ 5,000.00 in cash. This bond is conditioned upon and posted to secure the appearance of material witness **Judith N. Ocana-Geronimo** to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: X [signature] Surety's Signature: X [signature]

Surety's Home Address: 4580 INGLEWOOD BLVD. APT. 11, CULVER CITY, CA 90230

Material Witness' U.S. Address: SAME AS ABOVE

**Acknowledgment:** The surety noted above signed this bond before me, Reza Keramati (print name of person witnessing surety's signature), on 8-13-08 (date), at San Diego, CA (city/state).

My address is: 110 west C st #1300, San Diego, CA 92101

Signature Of Person Witnessing Surety's Signature: [signature] Dated: 8-13-08

**Bond Approved:** [signature], **United States Magistrate Judge or District Judge**

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

**AFFIDA[illegible] THE OWNER OF THE CASH SECU[illegible]OR THIS BOND**

I, JOSE MARGARITO CANDELARIO (print name of owner of cash), state that I reside at 4580 INGLEWOOD BLVD. APT 11, CULVER CITY, CA 90230, and that I am the owner of the $5,000.00 cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: 08-13-08

x [signature]
Signature of the Owner of the Cash Security

To establish and track an account for the owner of the cash security, the Financial Department of the Clerk's Office requires the Social Security # or A-Number or Driver's License # (circle one) for the cash owner: 68-35-8894.

**FINANCIAL JUSTIFICATION OF THE SURETY**

I, JOSE MARGARITO CANDELARIO (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $5,000.00, and that I reside at 4580 INGLEWOOD BLVD. APT. 11, CULVER CITY, CA 90230.

Dated: 08-13-08

x [signature]
Signature of the Surety

**SURETY AGREEMENT**

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered, or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: 08-13-08

x [signature]
Signature of the Surety

RECEIVED
AUG 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

# MATERIAL WITNESS INFORMATION SHEET

## CASE INFORMATION

Case Name: U.S. v. RINGE

Case No. 08mj2452 (POR)

AUSA Name: FRED SHEPPARD

AUSA Telephone: (619) 557-7176

Case Agent:

Agency:

## INFORMATION ABOUT THE MATERIAL WITNESS

Name: Judith N. Ocana-Geronimo

A-Number: A89850629

Date of Birth:

Immigration Status:

Foreign Address:

Did The Material Witness Sign An I-826?

Relationship to Defendant:

## PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE

Name: JOSE MARGARITO CANDELARIO

Relationship to Witness: UNCLE

Home Address: 4580 INGLEWOOD BLVD. APT. 11, CULVER CITY, CA 90230

Business Address: 607 S HINDRY AVE. INGLEWOOD, CA 90301

Home Telephone: (310) 313-9248, cell: (310) 801-6516 (310) 801-4916

Business Telephone: (310) 670-7476

## RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.

Name:

Relationship to Witness:

Home Address:

Business Address: SAME AS ABOVE

Home Telephone:

Business Telephone:

## ATTORNEY FOR THE MATERIAL WITNESS

Name: REZA KERAMATI

Tel: (619) 231-2529

Fax: (619) 231-2528

Address: 110 WEST C STREET, SUITE 1300, SAN DIEGO, CA 92101

## INFORMATION ABOUT THE SURETY

Name: JOSE MARGARITO CANDELARIO

Relationship to Witness: UNCLE

Immigration Status: LEGAL RESIDENT

Relationship to Defendant: none

Home Address: 4580 INGLEWOOD BLVD. APT. 11, CULVER CITY, CA 90230

Business Address: 607 S HINDRY AVE. INGLEWOOD, CA 90301

Home Telephone: (310) 313-9248, cell: (310) 801-6516 (310) 801-4916

Business Telephone: (310) 670-7476

Does The Surety Have An Immigration Record (if so, the charges): none

Does The Surety Have A Criminal Record (if so, the charges): none

---

**FOR INS USE ONLY**

1. MATERIAL WITNESS ☐ SURRENDERED ☐ FAILED TO APPEAR ☐

2. ______________________ ______________________

*Signature* *Date*

K:\COMMON\CSA\forms\2005\matwit_info_sht.wpd



PERMANENT RESIDENT CARD

NAME CANDELARIO GERONIMO, JOSE M

A# 095-879-498

Birthdate Category Sex

02/22/6 M

Country of Birth

Mexico

CARD EXPIRES 09/19/16

Resident Since 06/01/06

C1USA0958794986WAC0223354507<<

6602222M1609190MEX<<<<<<<<<<<0

CANDELARIO<GERONIMO<<JOSE<MARG



DMV CALIFORNIA DMV

DRIVER LICENSE

EXPIRES 02-22-11

A6220501

CLASS:C

JOSE MARGARITO CANDELARIO

4580 INGLEWOOD BLVD APT 11

CULVER CITY CA 90230

SEX:M HAIR:BLK EYES:BRN

HT:5-06 WT:180 DOB:02-22-66

02/16/2006 514 39 FD/11

Employee
Jose Margarito Candelario, 4580 Inglewood Blvd. #11, Culver City, CA 90230

Status (Fed/State)
Married/Married (one income)
Pay Period: 06/23/2008 - 06/29/2008

Allowances/Extra
Fed-7/0/CA-7/0
Pay Date: 07/04/2008

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly Rate | 24:00 | 22.00 | 528.00 | 12,254.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Social Security Employee | -32.74 | -759.75 |
| Medicare Employee | -7.65 | -177.68 |
| CA - Disability Employee | -4.22 | -98.03 |
| Federal Withholding | | -8.00 |
| | -44.61 | -1,043.46 |
| Net Pay | 483.39 | 11,210.54 |

TECNO BUILDERS, INC. C.S.L Nº 696849 607 S. Hindry Ave. Inglewood, CA 90301-3003 Ph (310)670-7476 Fax (310)670-7477 (310)670-7376 (310) 670-7476 TECN